**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**CASEY COVELLI,**

Plaintiff,

v.

**AVAMERE HOME HEALTH CARE LLC**, *et al.*,

Defendants.

Case No. 3:19-cv-486-JR

**JUDGMENT**

Based on the parties' reported settlement (ECF 125) and the Court's OPINION AND ORDER (ECF 143), IT IS ADJUDGED AS FOLLOWS:

The Court awards Plaintiff costs in the amount of $3,095.00 and attorney's fees in the amount of $141,510.50, plus post-judgment simple interest at the annual rate of 1.08 percent from the date of this Judgment until paid in full.

DATED this 3rd day of March, 2022.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge