Leslie E. Baze, OSB 103326, WSB 45781
E-Mail: lbaze@wageclaim.org
David A. Schuck, OSB 993564, WSB 37285
E-Mail: dschuck@wageclaim.org
**SCHUCK LAW, LLC**
208 E 25th Street, Vancouver, WA 98663
Tel (360) 566-9243
Attorneys at Law

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| **CASEY COVELLI**, an individual,<br>**Plaintiff**,<br>v.<br>**AVAMERE GROUP LLC,** an Oregon LLC, *dba* "The Avamere Family of Companies" (an unregistered name); **AVAMERE HEALTH SERVICES LLC**, an Oregon LLC; **AVAMERE HOME HEALTH CARE LLC,** an Oregon LLC; **AVAMERE BETHANY OPERATIONS LLC,** an Oregon LLC; **AVAMERE LAKE OSWEGO OPERATIONS INVESTORS LLC,** an Oregon LLC; **AVAMERE SHERWOOD OPERATIONS LLC,** an Oregon LLC; **AVAMERE SKILLED ADVISORS LLC**, an Oregon LLC; **AVAMERE STAFFORD OPERATIONS LLC,** an Oregon LLC; **AVAMERE ST. HELENS OPERATIONS LLC,** an Oregon LLC; **BEAVERTON REHAB & SPECIALTY CARE LLC,** an Oregon LLC; **CLACKAMAS REHABILITATION LLC,** an Oregon LLC; **CRESTVIEW OPERATIONS LLC,** an Oregon LLC; **GENESIS NEWBERG OPERATIONS LLC,** an Oregon LLC; **KEIZER CAMPUS OPERATIONS LLC,** an Oregon LLC; **KEIZER RIVER OPERATIONS LLC,** an Oregon LLC; **KING CITY REHAB LLC**, an Oregon LLC; **LAURELHURST OPERATIONS LLC,** an Oregon LLC; **MOUNTAIN VIEW REHAB LLC,** an Oregon LLC; **NORTHWEST HOSPICE LLC,** an Oregon LLC; **SUNNYSIDE OPERATIONS LLC,** an Oregon LLC,<br>**Defendants**. | **Case No. 3:19-cv-00486-JR**<br><br>**SATISFACTION OF JUDGMENT** |

PLEASE TAKE NOTICE the Judgment filed by the Clerk of the Court on March 3, 2022 in the above-captioned matter in favor of plaintiff Casey Covelli, and against Avamere Home Health Care LLC et. al., is paid and satisfied in full.

Pursuant to 28 U.S.C. § 1746, I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED: April 19, 2022.

s/ Leslie E. Baze
LESLIE E. BAZE, OSB 103326
lbaze@wageclaim.org
Attorney for Plaintiff



**SCHUCK LAW, LLC**
208 E 25th Street • Vancouver, WA 98663
Tel (360) 566-9243